

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6213 | **DATE** | 10/17/2002 |
| **CASE TITLE** | John P. O'Connor vs. Mark R. Collins etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]    Enter Memorandum Opinion and Order. Plaintiff seeks leave to file an amended complaint. That motion is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | OCT 18 2002 date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| WAH | courtroom deputy's initials | 02 OCT 17 PM 4:35 date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN P. O'CONNOR,                )
                                 )
            Plaintiff,           )
                                 )
      vs.                        )    No. 02 C 6213
                                 )
MARK R. COLLINS, Badge No. 12, et al.,  )
                                 )
            Defendants.          )

## MEMORANDUM OPINION AND ORDER

Plaintiff seeks leave to file an amended complaint. That motion is denied.

Plaintiff seeks redress, in his 34-page complaint, for matters going back to 1992. His allegations make clear that he was well aware of the claimed wrongs when they occurred, or not too long thereafter. Indeed, he complained about those alleged wrongs often and in detail in seeking relief in the state courts. While some of those alleged wrongs are, perhaps, independent of the state court judgments, they were pursued in the state courts. The complaint here was filed on August 30, 2002. Even if some claims could survive a Rooker-Feldman or *res judicata* analysis, which we doubt, they are well beyond the two-year limitations applicable to Section 1983 claims.

JAMES B. MORAN
Senior Judge, U. S. District Court

Oct. 17, 2002.